**2006–0745. Wengerd v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Bruce Wengerd. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0762. Boutwell v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Daniel Lee Boutwell. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0763. Davis v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Timothy A. Davis. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2004–2122. State ex rel. White v. Preble Cty. Bd. of Commrs.**
In Mandamus. On joint motion for issuance of an agreed writ of mandamus. Motion denied. Cause shall continue in mediation.

LUNDBERG STRATTON, J., dissents and would grant the joint motion and issue the writ.

**2005–2134. Preferred Capital, Inc. v. Power Eng. Group, Inc.**
Summit App. Nos. 22475, 22476, 22477, 22478, 22485, 22486, 22487, 22488, 22489, 22497, 22499, 22506 and 22513, 163 Ohio App.3d 522, 2005-Ohio-5113. On motion for admission pro hac vice of Geoffrey G. Why by Victoria Barto for amicus curiae Attorney General of Massachusetts. Motion granted.

**2006–0614. In re Walters.**
Fairfield App. Nos. 2005–CA–65 and 2005–CA–66, 2006-Ohio-631. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed March 9, 2006:

"Whether R.C. 3107.11 requires the parties listed in the statute be given notice of both the consent hearing and the best interest hearing."

RESNICK and O'CONNOR, JJ., dissent.

The conflict cases are *In re CMW,* Madison App. No. CA2004–09–081, 2004-Ohio-6935; *In re Adoption of Fenimore* (Jan. 28, 2000), Montgomery App. No. 17902; *In re Adoption of Kuhlman* (1994), Hamilton App. No. C–930688, 99 Ohio App.3d 44; *In re Adoption of Jordan* (1991), Preble App. No. CA90–08–016; and *In re Adoption of Jorgensen* (1986), Hancock App. No. 5–85–3, 33 Ohio App.3d 207.

Sua sponte, cause consolidated with 2006–0613, *In re Walters,* Fairfield App. Nos. 2005–CA–65 and 2005–CA–66, 2006-Ohio-631.

**2006–0658. State v. Luedeke.**
Auglaize App. No. 2–05–43. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2006–0687. State v. Hawkins.**
Hardin App. No. 6–05–13. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2006–0688. State v. Hawkins.**
Hardin App. No. 6–05–11. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.